# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALLEN T. CHIEN, D.D.S., et al.,<br><br>　　　　　Defendants. | Case No.  1: 21-cv-01256-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT<br><br>FIVE-DAY DEADLINE |

　　　On August 19, 2021, Plaintiff Megan D. Erasmus filed this action.  (ECF No. 1.)  Summonses were issued on the same date.  (ECF Nos. 2, 3.)  Plaintiff has not returned a proof of service for the Defendants.  There is currently a mandatory initial scheduling conference set in this action for November 19, 2021, before the undersigned.  (ECF No. 4.)

　　　Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order Plaintiff shall file a notice informing the Court of the status of service on Defendants, and addressing readiness for the mandatory scheduling conference.

IT IS SO ORDERED.

Dated:   **November 3, 2021**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE