1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11  MEGAN D. ERASMUS,

12          Plaintiff,

13      v.

14  ALLEN T. CHIEN, D.D.S., et al.,

15          Defendants.

Case No.  1: 21-cv-01256-AWI-SAB

ORDER CONTINUING SCHEDULING CONFERENCE TO JANUARY 13, 2022 AT 10:00 A.M.

16

17      On August 19, 2021, Plaintiff Megan D. Erasmus filed this action pursuant to the

18  Americans with Disabilities Act.  (ECF No. 1.)  Summonses were issued on the same date.  (ECF

19  Nos. 2, 3.)  There is currently a mandatory initial scheduling conference set in this action for

20  November 19, 2021, before the undersigned.  (ECF No. 4.)  Because no proofs of service were

21  returned, on November 4, 2021, the Court issued an order requiring Plaintiff to file a notice

22  informing the Court of the status of service, and addressing the readiness for the mandatory

23  scheduling conference.  (ECF No. 5.)  On November 4, 2021, Plaintiff returned executed waivers

24  dated October 25, 2021, and indicating answers are due on December 27, 2021.  (ECF Nos. 6, 7,

25  8, 9, 10.)  Plaintiff's counsel did not file any status report specifically addressing the readiness

26  for the scheduling conference, however, it appears given the filed waivers, a continuance is

27
28

1

1   necessary.[1]

2          Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for

3   November 19, 2021, is CONTINUED to **January 13, 2022, at 10:00 a.m.**

4

    IT IS SO ORDERED.

5

6   Dated:   __**November 9, 2021**__

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   _____

    [1] While the Court will not issue an order to show cause in this action, the Court is doing so in a similar action filed
27   by this same Plaintiff and counsel, Erasmus v. Dunlop, 21-cv-01236-AWI-SAB, where counsel failed to file any sort
    of response to the Court's order requiring a status report.  The Court reminds counsel that when a status report is
    requested, one should be filed addressing the matters requested to be addressed, instead of, as here, simply filing the
28   waivers of service and leaving the Court to determine the proper course of action.