1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN T. CHIEN, D.D.S., et al.,<br><br>　　　　Defendants. | Case No.  1: 21-cv-01256-NONE-SAB<br><br>ORDER VACATING FEBRUARY 9, 2022 HEARING ON DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 14) |

On August 19, 2021, Plaintiff Megan D. Erasmus filed this action pursuant to the Americans with Disabilities Act. (ECF No. 1.) On November 17, 2021, an order of recusal was signed by District Judge Ishii, and this case was reassigned to UnassignedDJ. (ECF No. 13.) On December 22, 2021, Defendants filed a motion to dismiss and set the hearing for February 9, 2022, in Courtroom 9 (SAB), before UnassignedDJ. (ECF No. 14.) On December 27, 2021, an amended standing order and order of clarification was issued, which specifies that "all motions . . . will be deemed submitted upon the record and briefs pursuant to Local Rule 230(g) without further action by the court," and that "hearing date chosen by the moving party will not be placed on the court's calendar [but] will serve only to govern the opposition and reply filing deadlines pursuant to Local Rule 230(c)." (ECF No. 15 at 3.)  The motion to dismiss is to be heard by the District Judge in this action, unless there is full consent to magistrate judge jurisdiction (in which case the matter will be timely re set by the undersigned).  Accordingly, the Court shall vacate the

1  February 9, 2022 hearing in Courtroom 9, and the hearing date shall govern the opposition reply
2  papers for the motion to dismiss before the District Judge assigned to this action.
3        Accordingly, IT IS HEREBY ORDERED that the hearing in Courtroom 9 on
4  Defendants' motion to dismiss set for February 9, 2022, is VACATED.

IT IS SO ORDERED.

Dated: **December 27, 2021**

UNITED STATES MAGISTRATE JUDGE