## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MEGAN D. ERASMUS,**

CASE NO: **1:21–CV–01256–JLT–SAB**

v.

**ALLEN T. CHIEN, D.D.S., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/14/2023**

**Keith Holland**
Clerk of Court

ENTERED: **April 14, 2023**

by: /s/ A. Lawrence
Deputy Clerk